No. 648.  DEESE *v.* RAGEN, WARDEN.  November 12, 1946.  Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 649.  KAVAL *v.* ILLINOIS.  November 12, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied.

No. 650.  HARRIS *v.* RAGEN, WARDEN.  November 12, 1946.  Petition for writ of certiorari to the Circuit Court of Will County, Illinois, denied.

No. 652.  MONDER *v.* RAGEN, WARDEN.  November 12, 1946.  Petition for writ of certiorari to the Criminal Court of Cook County, Illinois, denied.

No. 654.  ROSS *v.* RAGEN, WARDEN.  November 12, 1946.  Petition for writ of certiorari to the Criminal Court of Will County, Illinois, denied.

No. 659.  DONNELL *v.* STEWART, ACTING WARDEN.  November 12, 1946.  Petition for writ of certiorari to the Supreme Court of Missouri denied.

No. 661.  McDONALD *v.* ILLINOIS.  November 12, 1946. Petition for writ of certiorari to the Supreme Court of Illinois denied.